AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

RECEIVED U.S. MARSHAL 2021 FEB -3 PM 3: 19 MIDDLE DIST. OF TAMPA FLORIDA

United States of America
v.

JIMMY REINA ESCOBAR

)
)
) Case No. 8:21 cr 42T 35 AAS
)
)
)
)

_____
Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     JIMMY REINA ESCOBAR                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy with intent to distribute five (5) kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, and possession with intent to distribute five (5) kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States.

In violation of: 46 U.S.C. §§ 70503(a) and 70506(a) and (b)


Date: 2-03-2021

_____
*Issuing officer's signature*

City and state:     Tampa, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  2-3-21 , and the person was arrested on *(date)*  2-4-21 at *(city and state)*  MIAMI, FL . |

Date: 2-4-21

_____
*Arresting officer's signature*     SIGN FOR FBI

David Moore  DUSM
*Printed name and title*